# EXHIBIT A

## AFFIDAVIT OF SERVICE

CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA              Case #: 17-C-175

Joan Eddy, on Behalf of the Estate of Paul Eddy

Plaintiff

vs.

Canyon Sudar Partners LLC, et al

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

### Summons & Complaint

PARTY SERVED: SVCARE HOLDINGS, LLC C/O THE CORPORATION TRUST COMPANY

PERSON SERVED: AMY MCLAREN, CORPORATE OPERATIONS MANAGER

METHOD OF SERVICE: Corporate - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: 04/05/2017 at 9:61 AM

ADDRESS, CITY AND STATE: 1209 ORANGE ST, WILMINGTON, DE 19801

DESCRIPTION: White, Female, 40, 5'6", 140 lbs, Brown hair

I declare under penalties of perjury that the information contained herein is true and correct.

Michelle L. McLean
Keith Investigations, LLC d/b/a Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 752-3508

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2017.

NOTARY PUBLIC

VERONICA F. CONGO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 15, 2021

## AFFIDAVIT OF SERVICE

CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA          Case #: 17-C-175

Jean Eddy, on Behalf of the Estate of Paul Eddy

vs.                                                                    Plaintiff

Canyon Sudar Partners LLC, et al

                                                                       Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

### Summons & Complaint

PARTY SERVED: SSC EQUITY HOLDINGS, LLC C/O THE CORPORATION TRUST COMPANY

PERSON SERVED: AMY MCLAREN, CORPORATE OPERATIONS MANAGER

METHOD OF SERVICE: Corporate - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: 04/05/2017 at 9:51 AM

ADDRESS, CITY AND STATE: 1209 ORANGE ST, WILMINGTON, DE 19801

DESCRIPTION: White, Female, 40, 5'6", 140 lbs, Brown hair

I declare under penalties of perjury that the information contained herein is true and correct.

_Michelle L. McLean_
Michelle L. McLean
Keith Investigations, LLC d/b/a Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 752-3508

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2017.

_Veronica F. Congo_
NOTARY PUBLIC

VERONICA F. CONGO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 15, 2021

# AFFIDAVIT OF SERVICE

CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA                    Case #: 17-C-175

---

Jean Eddy, on behalf of the Estate of Paul Eddy

vs.                                                            Plaintiff

Canyon Sudar Partners LLC, et al

                                                              Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

### Summons & Complaint

PARTY SERVED: SAVA SENIOR CARE, LLC C/O THE CORPORATION TRUST COMPANY

PERSON SERVED: AMY MCLAREN, CORPORATE OPERATIONS MANAGER

METHOD OF SERVICE: Corporate - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: 04/05/2017 at 9:51 AM

ADDRESS, CITY AND STATE: 1209 ORANGE ST, WILMINGTON, DE 19801

DESCRIPTION: White, Female, 40, 5'6", 140 lbs, Brown hair

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Michelle L. McLean
Keith Investigations, LLC d/b/a Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 752-3508

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2017.

_____
NOTARY PUBLIC

VERONICA F. CONGO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 15, 2021

CLIENT: Keith Investigations, LLC d/b/a Quantum Process
FILE #: 62920                                          Tracking #: 347133

04/25/2017  18:14     6012612481                    MCHUGH FULLER                      PAGE  06/10

## AFFIDAVIT OF SERVICE

CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA              Case #: 17-C-176

Jean Eddy, on Behalf of the Estate of Paul Eddy

vs.                                                            Plaintiff

Canyon Sudar Partners LLC, et al

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

Summons & Complaint

PARTY SERVED: CANYON SUDAR PARTNERS, LLC C/O THE CORPORATION TRUST COMPANY

PERSON SERVED: AMY MCLAREN, CORPORATE OPERATIONS MANAGER

METHOD OF SERVICE: Corporate – By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: 04/05/2017 at 9:51 AM

ADDRESS, CITY AND STATE: 1209 ORANGE ST, WILMINGTON, DE 19801

DESCRIPTION: White, Female, 40, 5'6", 140 lbs, Brown hair

I declare under penalties of perjury that the information contained herein is true and correct.

_Michelle M. McLean_

Michelle L. McLean
Keith Investigations, LLC d/b/a Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 752-3508

SUBSCRIBED AND SWORN to before me on the 6th day of April, 2017.

_Veronica F. Congo_
NOTARY PUBLIC

> VERONICA F. CONGO
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires March 15, 2021



CLIENT: Keith Investigations, LLC d/b/a Quantum Process                Tracking #: 347132
FILE #: 62918

# AFFIDAVIT OF PROCESS SERVER

## CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

Plaintiff
**Jean Eddy, on Behalf of the Estate of Paul Eddy**

vs.

Case No: **17-C-175**

Defendant
**Canyon Sudar Partners, LLC et al**

I  STEPHEN MORRISON               being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

Date/Time Received: 3/23/2017

**Document(s):** Summons, Complaint, Plaintiff's First Interrogatories, Plaintiff's First Request for Production, Plaintiff's Resident Contact Request for Admissions

**Serve To:** Annica Stansberry, NHA

**Address:** 388 Bison Bluff, Hurricane, WV 25526

**Date Served:** 4/1/17     **Time Served:** 9:30AM   AM/PM  or  Date NON Served _____   Time _____

**Person Served:** DAVID STANSBERRY                **Title/Relationship to Defendant:** HUSBAND

**Address where served or attempted service:** 388 BISON BLUFF, HURRICANE, WV 25526

Military Status: [X] N/A  [ ] Not in Military  [ ] Active Duty Military

After exercising reasonable diligence, I was unable to deliver copies to said person within  PUTNAM               county, MS. I served the documents listed above on the  1  day of  APRIL  2017  , at the usual place of abode of said person by leaving a true copy of the documents listed above with  DAVID STANSBERRY  , who is the  HUSBAND       (insert family relationship), a member of the family who is above the age of sixteen years old who was willing to receive service. And thereafter on the  N/A  day of  N/A  ,  N/A  , copies of the documents listed above were mailed (by first class postage prepaid) to the person served at his/her place of abode where copies were left.

# AFFIDAVIT OF PROCESS SERVER
## For Case No.: 17-C-175

Personally appeared before me the undersigned authority in and for the jurisdiction aforesaid the within named
_Stephen Morrison_ who, being first by me duly sworn, states on oath that the matters and facts set forth in
the foregoing instrument are true and correct as therein stated.

_Stephen Morrison_
Signature of Server

Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 752-3503


ID: 62925
Client Reference: Eddy (WV)

State of _West Virginia_
County of _Cabell_

Subscribed and sworn to before me, a notary public, on _April 4, 2017_

_Relayna Lockhart_
Notary Public

My Commission Expires: _Aug. 8, 2017_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Relayna Lockhart
First Sentry Bank
823 8th Street
Huntington, WV 25701
My Commission Expires Aug. 8, 2017



04/25/2017  18:14    6012612481              MCHUGH FULLER                    PAGE  09/10

# AFFIDAVIT OF PROCESS SERVER

## CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

Plaintiff
**Jean Eddy, on Behalf of the Estate of Paul Eddy**

vs.

**Case No: 17-C-175**

Defendant
**Canyon Sudar Partners, LLC et al**

I _Robert J. MacDonald_ being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

Date/Time Received: 3/23/2017

**Document(s): Summons, Complaint, Plaintiff's First Interrogatories, Plaintiff's First Request for Production, Plaintiff's Resident Contact Request for Admissions**

**Serve To: Seventeenth Street Association, LLC c/o CT Corporation System**

**Address: 5400 D Big Tyler Rd., Charleston, WV 25313**

Date Served: _3/27/17_ Time Served: _1:15_ AM/**PM** or Date NON Served _____ Time _____

Person Served: _DIANNA STAMPER_ Title/Relationship to Defendant: _Registered Agent_

Address where served or attempted service: _5400-D Big Tyler Rd. Charleston, WV 25313_

Military Status: [X] N/A  [ ] Not in Military  [ ] Active Duty Military

After exercising reasonable diligence, I was unable to deliver copies to said person within _____ county, MS. I served the documents listed above on the ____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the documents listed above with _____, who is the _____ (insert family relationship), a member of the family who is above the age of sixteen years old who was willing to receive service. And thereafter on the ____ day of _____, _____, copies of the documents listed above were mailed (by first class postage prepaid) to the person served at his/her place of abode where copies were left.

# AFFIDAVIT OF PROCESS SERVER
## For Case No.: 17-C-175

Personally appeared before me the undersigned authority in and for the jurisdiction aforesaid the within named Robert McDonald who, being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing instrument are true and correct as therein stated.

_Robert J. MacDonald_
Signature of Server

Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 752-3503

State of ___WV___

County of ___Kanawha___

Subscribed and sworn to before me, a notary public, on ___3/27/17___

_Kerrie D. Mo___
Notary Public

My Commission Expires: ___4/5/21___

ID: 62924
Client Reference: Eddy (WV)



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KERRIE D. MOWRER
CITY NATIONAL BANK
10 HALE ST., SUITE 100
CHARLESTON, WV 25301
My commission expires April 05, 2021



RECEIVED
MAR 31 2017
McHUGH FULLER

 CT Corporation

**Service of Process Transmittal**
04/05/2017
CT Log Number 530998607

**TO:** Melita Hobby, Administrative Assistant
SavaSeniorCare, LLC
1 Ravinia Dr Ste 1500
Atlanta, GA 30346-2115

**RE:** **Process Served in Delaware**

**FOR:** SavaSeniorCare, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jean Eddy, on Behalf of the Estate of Paul Eddy, Pltf. vs. Canyon Sudar Partners LLC, et al., Dfts. // To: Sava Senior Care, LLC<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice, First Interrogatories, Interrogatories, First Request, Request |
| **COURT/AGENCY:** | Cabell County Circuit Court, WV<br>Case # 17C175 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - December 11, 2016 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/05/2017 at 09:51 |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Michael J. Fuller<br>McHugh Fuller Law Group<br>97 Elias Whiddon Road<br>Hattiesburg, MS 39402 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/05/2017, Expected Purge Date: 04/10/2017<br><br>Image SOP<br><br>Email Notification,  Wynn Sims  wgsims@SavaSC.com<br><br>Email Notification,  Melita Hobby  mlhobby@savasc.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | The Corporation Trust Company<br>1209 N Orange St<br>Wilmington, DE 19801-1120<br>302-658-7581 |

Page 1 of  1 / RK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

Jean Eddy, on Behalf of the
Estate of Paul Eddy                                    **PLAINTIFF**

vs.                                          CAUSE NO. **17-C-175**
                                                       Jury Demanded

Canyon Sudar Partners LLC; SVCare                      **/s/PAUL T. FARRELL**
Holdings LLC; Sava Senior Care LLC;
SSC Equity Holdings LLC; SMV Management
Company LLC; SMV Huntington, LLC;
Seventeenth Street Associates, LLC;
Annica Stansberry; John Does 1 Through 10;
and Unidentified Entities 1 Through 10
(as to Huntington Health & Rehabilitation)             **DEFENDANTS**

To:   **Sava Senior Care, LLC**
      **c/o The Corporation Trust Company**
      **1209 Orange Street**
      **Wilmington, DE 19801**
      **302-658-1581**

       IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned
and required to serve upon Michael J. Fuller, plaintiff's attorney, whose address is
McHugh Fuller Law Group, 97 Elias Whiddon Road, Hattiesburg, MS 39402, an
answer, including any related counterclaim you may have, to the complaint filed against
you in the above-styled civil action, a true copy of which is herewith delivered to you.
You are required to serve you answer with in thirty (30) days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint and you will be
thereafter barred from asserting in another action any claim you may have which must
be asserted by counterclaim in the above-styled civil action.

                                                       **/s/ JEFFREY E. HOOD**

                                    Clerk of Court

                 MAR 17 2017

Dated _____

 CT Corporation

**Service of Process Transmittal**
04/05/2017
CT Log Number 530997078

TO:     Melita Hobby, Administrative Assistant
        SavaSeniorCare, LLC
        1 Ravinia Dr Ste 1500
        Atlanta, GA 30346-2115

RE:     **Process Served in Delaware**

FOR:    SSC Equity Holdings, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Jean Eddy, on Behalf of the Estate of Paul Eddy, Pltf. vs. Canyon Sudar Partners LLC, et al., Dfts. // To: SSC Equity Holdings, LLC |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint, Notice, First Interrogatories, First Request(s) |
| **COURT/AGENCY:** | CABELL COUNTY - CIRCUIT COURT, WV<br>Case # 17C175 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/05/2017 at 09:51 |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons upon you, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | James B McHugh<br>McHugh Fuller Law Group PLLC<br>97 Elias Whiddon Rd<br>Hattiesburg, MS 39402 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/05/2017, Expected Purge Date: 04/10/2017<br><br>Image SOP<br><br>Email Notification,  Wynn Sims  wgsims@SavaSC.com<br><br>Email Notification,  Melita Hobby  mlhobby@savasc.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | The Corporation Trust Company<br>1209 N Orange St<br>Wilmington, DE 19801-1120<br>302-658-7581 |

Page 1 of  1 / MJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

Jean Eddy, on Behalf of the
Estate of Paul Eddy

**PLAINTIFF**

vs.

CAUSE NO. **17-C-175**

Jury Demanded

Canyon Sudar Partners LLC; SVCare
Holdings LLC; Sava Senior Care LLC;
SSC Equity Holdings LLC; SMV Management
Company LLC; SMV Huntington, LLC;
Seventeenth Street Associates, LLC;
Annica Stansberry; John Does 1 Through 10;
and Unidentified Entities 1 Through 10
(as to Huntington Health & Rehabilitation)

**/s/PAUL T. FARRELL**

**DEFENDANTS**

To:   SSC Equity Holdings, LLC
      c/o The Corporation Trust Company
      **1209 Orange Street**
      **Wilmington, DE 19801**
      **302-658-1581**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Michael J. Fuller, plaintiff's attorney, whose address is McHugh Fuller Law Group, 97 Elias Whiddon Road, Hattiesburg, MS 39402, an answer, including any related counterclaim you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you. You are required to serve you answer with in thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

/s/ JEFFREY E. HOOD

Clerk of Court

Dated _____   MAR 17 2017


RECEIVED

MAR 20 2017

McHUGH FULLER
Law Group, PLLC

FILED

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

2017 MAR 17  AM II: 00

Jean Eddy, on Behalf of the
Estate of Paul Eddy

COPY

CIRCUIT CLERK
CABELL CO. WV

PLAINTIFF

vs.

CAUSE NO. 17-C-175

Jury Demanded

/s/PAUL T. FARRELL

Canyon Sudar Partners LLC; SVCare
Holdings LLC; Sava Senior Care LLC;
SSC Equity Holdings LLC; SMV Management
Company LLC; SMV Huntington, LLC;
Seventeenth Street Associates, LLC;
Annica Stansberry; John Does 1 Through 10;
and Unidentified Entities 1 Through 10
(as to Huntington Health & Rehabilitation)

DEFENDANTS

## COMPLAINT FOR DECLARATORY AND OTHER RELIEF

Comes now the Plaintiff, Jean Eddy, on behalf of Paul Eddy, and for his claim for

declaratory and other relief pursuant to Rule 57 of the West Virginia Rules of Civil

Procedure and W. Va. Code § 55-13-1, et seq. against Defendants, states:

## JURISDICTIONAL STATEMENT

1.  Jean Eddy is the Executrix for the Estate of Paul Eddy and brings this action

on behalf of the Estate of Paul Eddy.

2.  Paul Eddy was, at all times material hereto, a resident of Huntington Health &

Rehab, a skilled nursing facility located at 1720 Seventeenth Street, Huntington (Cabell

County), West Virginia, from on or about December 11, 2016 through on or about

January 10, 2017 , and suffered personal injuries and damages while a resident there.

3.  Separate Defendant Canyon Sudar Partners LLC ("CANYON") is a Delaware

corporation with its principal place of business at One Ravinia Drive, Suite 1400,

Atlanta, GA 30364.   The agent for service for CANYON is The Corporation Trust

Company, 1209 Orange Street, Wilmington, DE 19801. CANYON was, and remains, a

1

corporation engaged in the custodial care of elderly, helpless individuals who are chronically infirm, mentally impaired, and/or in need of nursing care and treatment at Huntington Health & Rehabilitation.

4. Separate Defendant SVCare Holdings LLC ("SVCARE") is a Delaware corporation with its principal place of business at One Ravinia Drive, Suite 1400, Atlanta, GA 30364. The agent for service for SVCARE is unknown. SVCARE was, and remains, a corporation engaged in the custodial care of elderly, helpless individuals who are chronically infirm, mentally impaired, and/or in need of nursing care and treatment at Huntington Health & Rehabilitation.

5. Separate Defendant Sava Senior Care LLC ("SAVA") is a Delaware corporation with its principal place of business at One Ravinia Drive, Suite 1400, Atlanta, GA 30364. The agent for service for SAVA is unknown. SAVA was, and remains, a corporation engaged in the custodial care of elderly, helpless individuals who are chronically infirm, mentally impaired, and/or in need of nursing care and treatment at Huntington Health & Rehabilitation.

6. Separate Defendant SSC Equity Holdings LLC ("SSC") is a Delaware corporation with its principal place of business at One Ravinia Drive, Suite 1400, Atlanta, GA 30364. The agent for service for SSC is unknown. SSC was, and remains, a corporation engaged in the custodial care of elderly, helpless individuals who are chronically infirm, mentally impaired, and/or in need of nursing care and treatment at Huntington Health & Rehabilitation.

7. Separate Defendant SMV Management Company LLC ("SMV") is a Delaware corporation with its principal place of business at 45 Broadway, Suite 930, New York,

NY 10006. The agent for service for SMV is unknown. SMV was, and remains, a corporation engaged in the custodial care of elderly, helpless individuals who are chronically infirm, mentally impaired, and/or in need of nursing care and treatment at Huntington Health & Rehabilitation.

8. Separate Defendant SMV Huntington, LLC ("SMV HUNTINGTON") is a Delaware corporation with its principal place of business at 45 Broadway, Suite 930, New York, NY 10006. The agent for service for SMV HUNTINGTON is Benjamin W. Dyer c/o SMV Management Company, LLC, at 45 Broadway, Suite 930, New York, NY 10006. SMV HUNTINGTON was, and remains, a corporation engaged in the custodial care of elderly, helpless individuals who are chronically infirm, mentally impaired, and/or in need of nursing care and treatment at Huntington Health & Rehabilitation.

9. Separate Defendant Seventeenth Street Associates, LLC ("SEVENTEENTH") is a West Virginia Limited Liability Company with its principal place of business at 1720 Seventeenth Street, Huntington, WV 25701-4235. The agent for service for SEVENTEENTH is CT Corporation System, 5400 D Big Tyler Rd., Charleston, WV 25313. SEVENTEENTH was, and remains, a corporation engaged in the custodial care of elderly, helpless individuals who are chronically infirm, mentally impaired, and/or in need of nursing care and treatment at Huntington Health & Rehabilitation.

10. Defendants' management of their nursing homes includes regularly approving reports submitted from the facilities including, labor reports, payroll reports, profit and loss statements, budget fluctuation analyses, and patient reports. The Board of

3

Directors for Defendants approved the budgets for the nursing homes and issues checks to vendors and employees of the facilities.

11. Defendants are and were directly responsible for training and patient care in each of its facilities nationwide. The training provided by Defendants for all employees involved in patient care, is and was to include training on policies, procedures and other requirements applicable to the documentation of medical records; the personal obligation of each individual involved in patient care, documentation, or reimbursement processes to ensure that such information provided is accurate and applicable statutes, regulations, program requirements and directives relevant to the person's duties.

12. Defendants control and approve the budget of all of their facilities, including Huntington Health & Rehabilitation through its Board of Directors.

13. Defendants through their Board of Directors and budgeting processes ultimately controlled the number of staff at the nursing home, as well as available supplies.

14. The majority of all nursing home contracts or admission agreements entered into between Defendants and residents of Defendants' facility were entered into in West Virginia.

15. Defendants were responsible for the daily operations of nursing homes including Huntington Health & Rehabilitation.

16. Defendants, through their clinical teams, were responsible for monitoring resident care at each facility, including the subject facility. If there was an issue with resident care, Defendants were responsible for correcting the problem.

17. Separate Defendant, Annica Stansberry, at all times material hereto is an

4

administrator of Huntington Health & Rehabilitation. Annica Stansberry is a resident citizen of the State of West Virginia. Defendant, Annica Stansberry, for all times material to this lawsuit conducted business in West Virginia and continues to do business in West Virginia. Defendant Annica Stansberry's, contacts with West Virginia are systematic and ongoing such that Defendant, Annica Stansberry, could reasonably expect to be haled into a West Virginia court.

18. Separate Defendants John Does 1 through 10 are individuals whom Plaintiff is currently unable to identify despite diligent efforts. Said Defendants are named insofar as they were involved in the ownership, operation or control of Huntington Health and Rehab and their acts and/or omissions were negligent and/or otherwise tortious with respect to the care and treatment of, or in the staffing, supervision, administration and direction of the care and treatment of Paul Eddy during his residency at Huntington Health & Rehabilitation.

19. Separate Defendants Unidentified Entities 1 through 10 are entities whom Plaintiff is currently unable to identify despite diligent efforts. Defendants are named insofar as they were involved in the ownership, operation or control of Huntington Health and Rehab and their acts and/or omissions were negligent and/or otherwise tortious with respect to the care and treatment of Paul Eddy during his residency at Huntington Health & Rehabilitation. Alternatively, Defendants are liable for the negligent and/or otherwise tortious acts and/or omissions of others with respect to the care and treatment of Paul Eddy during his residency at Huntington Health & Rehabilitation.

20. At all times material hereto, Defendants owned, operated, managed and/or

controlled, Huntington Health & Rehabilitation in Cabell County, West Virginia and are therefore directly liable for all the care provided at Huntington Health & Rehabilitation. The actions of each of Huntington Health & Rehabilitation's servants, agents and employees as set forth herein, are imputed to Canyon Sudar Partners LLC, SVCare Holdings LLC, Sava Senior Care LLC, SSC Equity Holdings LLC, SMV Management Company LLC, SMV Huntington LLC, Seventeenth Street Associates, LLC, John Does 1 through 10, and Unidentified Entities 1 through 10.

21. Whenever the term "Defendants" is utilized within this suit, such term collectively refers to and includes all named Defendants in this lawsuit.

22. Whenever the term "Nursing Home Defendants" is utilized within this suit, such term collectively refers to and includes Canyon Sudar Partners LLC, SVCare Holdings LLC, Sava Senior Care LLC, SSC Equity Holdings LLC, SMV Management Company LLC, SMV Huntington LLC, and Seventeenth Street Associates, LLC.

23. Whenever the term "Administrator Defendant" is utilized within this suit, such term refers to Annica Stansberry.

24. Separate Defendant Canyon Sudar Partners LLC, SVCare Holdings LLC, Sava Senior Care LLC, SSC Equity Holdings LLC, SMV Management Company LLC, SMV Huntington LLC, and Seventeenth Street Associates, LLC own, operate, manage, and/or control nursing homes throughout West Virginia including, but not limited to, Cabell County.  All corporate Defendants have regular and continuous business in Cabell County.   Defendants were, and remain, owners and/or managers of an institution, residence or place which is advertised, offered, maintained or operated for the express or implied purpose of providing accommodations and care, for a period of

6

more than twenty-four hours, for four or more persons who are ill or otherwise incapacitated and in need of extensive, ongoing nursing care due to physical or mental impairment or which provides services for the rehabilitation of persons who are convalescing from illness or incapacitation in Cabell County.

25. Jurisdiction of this Court is proper in the Cabell County Circuit Court in that the ultimate matter at issue and the amount in controversy, exclusive of interest and costs, far exceeds the minimum jurisdictional limits of this Court.

## FACTUAL SUMMARY

26. In approximately December 11, 2016, Paul Eddy was admitted to Huntington Health & Rehabilitation, and he remained a resident of the nursing home until on or about January 10, 2017.

27. On or about the time of Paul Eddy's admission to Defendants' facility, Defendants required Paul Eddy and/or his family to complete admissions paperwork on his behalf.

28. Defendants were well aware of Paul Eddy's medical condition and the care that he required when they represented that they could adequately care for his needs during his residency at their facility. Defendants made affirmative representations to the family that the appropriate level of care would be provided when the Defendants knew, because of budgetary restrictions on staffing and supplies, that residents, including Paul Eddy, would not get the necessary care.

29. Defendants failed to discharge their obligations of care to Paul Eddy. As a consequence thereof, Paul Eddy suffered catastrophic injuries, disfigurement, extreme pain, suffering, and mental anguish. The scope and severity of the recurrent wrongs

inflicted upon Paul Eddy while under the care of the facility accelerated the deterioration of his health and physical condition beyond that caused by the normal aging process and resulted in physical and emotional trauma.

30. All of the injuries he suffered, as well as additional conduct, caused Paul Eddy to lose his personal dignity and extreme and unnecessary pain, degradation, anguish, otherwise unnecessary hospitalizations, disfigurement, and emotional trauma.

31. The wrongs complained of herein were of a continuing nature, and occurred throughout Paul Eddy's residency at Defendants' facility.

32. However, Plaintiff anticipates that Defendants will seek to enforce a purported arbitration agreement signed on behalf of Paul Eddy on or about the time of his admission to Defendants' facility.

## CAUSE OF ACTION FOR DECLARATORY RELIEF

33. Plaintiff incorporates the allegations set forth above as if set forth fully herein.

34. Any arbitration agreement is unenforceable because of applicable state law contract defenses.

35. Plaintiff further asserts that any purported agreement is unenforceable because the arbitral forum is unavailable.

36. Additionally, Plaintiff asserts that any arbitration agreement was procured through fraud and should not be allowed to stand.

37. Finally, there was insufficient consideration for any purported agreement to arbitrate.

## PRAYER FOR RELIEF

Pursuant to West Virginia Rules of Civil Procedure, Plaintiff is entitled to and

8

prays for a judgment:

    1.    Ordering and declaring that no valid agreement to arbitrate exists in this matter and that Plaintiff may bring an action against Defendants in the Circuit Court of Cabell County, West Virginia, for the alleged injuries suffered by Paul Eddy as a result of and during his residency at Defendants' facility.

    2.    Granting such other relief as the Court deems just and proper and to which Plaintiff is entitled by West Virginia law.

Respectfully submitted, this 13 day of March, 2017.

                Jean Eddy, on behalf of the Estate of
                Paul Eddy,

                **McHUGH FULLER LAW GROUP, PLLC**

By:              _____
                James B. McHugh
                West Virginia Bar Number 10350
                Michael J. Fuller, Jr.
                West Virginia Bar Number 10150
                D. Bryant Chaffin
                West Virginia Bar Number 11069
                97 Elias Whiddon Rd.
                Hattiesburg, MS  39402
                Telephone:  601-261-2220
                Facsimile:   601-261-2481

                Attorneys for Plaintiff